# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ST. PAUL FIRE & CASUALTY INSURANCE CO., a/s/o Robert O. Schlytter, d/b/a Herndon Plaza Shopping Center,**

**-vs-**  Case No.  **6:07-cv-1104-Orl-35DAB**

**GRS ORLANDO, INC., f/k/a C.E.I. Florida, Inc., as successor by merger with GRI of Orlando, Inc., JPS ELASTOMERICS CORP., d/b/a Stevens Roofing Systems,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE METEOROLOGICAL EXPERT (Doc. No. 60)** |
| **FILED:** | October 28, 2008 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |
| **MOTION:** | **MOTION TO STRIKE ROOFING EXPERT (Doc. No. 61)** |
| **FILED:** | October 28, 2008 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

> **MOTION:** **MOTION FOR PROTECTIVE ORDER (Doc. No. 62)**
>
> **FILED:** **October 31, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DEFERRED** for consideration by the District Judge, in the context of the pending objection to the Magistrate Judge's Order ((Doc. No. 55).

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record